M. P. No. 1408. STEVEN KELLY, *p.p.a. et al. v.* BOYS' AND GIRLS' CAMPS, INC Motion for leave to file petition for writ of certiorari denied. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for plaintiffs-respondents. *Jordan, Hanson & Curran, A. Lauriston Parks,* for defendant-petitioner.

APPEAL No. 1122. BEULAH MONTANARO *v.* GUILD METAL PRODUCTS, INC. Motion for a counsel fee and costs pursuant to G. L. 1956, §28-35-32, as amended, is granted, and petitioner awarded $1,500 as a counsel fee, same to be inclusive of all compensation for services before the trial commissioner, the full commission and Supreme Court. Petitioner further awarded $21.70 for costs of transcript. *Anthony DiPetrillo,* for petitioner. *Charles H. Anderson,* for respondent.

APPEAL No. 1220. MICHAEL S. TRINGA *v.* WILLIAM L. MURPHY. Motion for leave to reargue denied. *John F. McBurney, William J. Burke,* for plaintiff-appellee. *Dominic A. St. Angelo,* for defendant-appellant.

APPEAL No. 1338. NATALIE ANDERSON *et al. v.* ISIDORE KIRSHENBAUM. Appellant's motion for protection of the parties pending appeal is denied. *Abedon, Michaelson, Stanzler & Biener, Milton Stanzler,* for plaintiffs-appellees. *Alfred Factor,* for defendant-appellant.

APPEAL No. 1360. SAMUEL CORRADO *et ux. v.* PROVIDENCE REDEVELOPMENT AGENCY. Motion of appellant for extension of time for filing brief granted, and they are directed to file their brief on or before May 25, 1971. Motion of appellants for stay of proceedings is denied. *Samuel Corrado,* appellant, pro se. *Timothy J. McCarthy, Paul F. Casey,* for appellee.

May 20, 1971.

M. P. No. 1409. STATE *v.* ROBERT FAIRBROTHERS. Motion for leave to file petition for writ of certiorari is denied. Paolino, J., not participating. *Richard J. Israel,* Attorney General, *Donald*

*P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Anthony S. Del Giudice,* for defendant-petitioner.

M. P. No. 1410. STATE *v.* RAYMOND WILBUR. Motion for leave to file petition for writ of certiorari denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *James Cardono,* Public Defender, *Moses Kando,* Asst. Public Defender, for defendant-petitioner.

M. P. No. 1418. STATE *v.* RUDOLPH G. SCIARRA *et al.* Petition for writ of habeas corpus ad testificandum is denied. Paolino, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Charles J. Rogers, Jr., Raymond J. Daniels,* for defendants-petitioners.

M. P. No. 1419. STATE *v.* ROBERT FAIRBROTHERS. Petition for writ of habeas corpus ad testificandum denied. Paolino, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Anthony S. Del Giudice,* for defendant-petitioner.

M. P. No. 1420. CITY OF NEWPORT *et al. v.* FREDERICK C. B. SMYTH *et al.* Petition for writ of certiorari denied. *James S. O'Brien,* City Solicitor of Newport, *Corcoran, Peckham & Hayes, Arthur W. Murphy,* for plaintiffs-respondents. *Richard J. Israel,* Attorney General, *W. Slater Allen,* Asst. Attorney General, for defendants-petitioners.

M. P. No. 1436. JOSE DA ROSA *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why writ should not issue as prayed, answer to comply with Provisional Order No. 7. *Joseph B. Carty,* for petitioner. *Richard J. Israel,* Attorney General, for respondent.

Ex. &c. No. 802. STATE *v.* ALEXANDER MANCINI. Motion for leave to reargue denied. *Richard J. Israel,* Attorney Gener-